# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

RHONNA M. KELSON, )
)
    Plaintiff, )
)
v. ) **JUDGMENT IN A CIVIL CASE**
) **CASE NO. 7:13-CV-22-D**
THE DEPARTMENT OF THE NAVY, )
)
    Defendant. )

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant's Motion to Dismiss [D.E. 12]. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **NOVEMBER 15, 2013** WITH A COPY TO:

Rhonna M. Kelson, Pro se (via USPS to 70 Pine Grove Road, Burton, SC 29902)
Joshua B. Royster (via CM/ECF Notice of Electronic Filing)

November 15, 2013            JULIE A. RICHARDS, Clerk
Date                          Eastern District of North Carolina

                                           /s/ Debby Sawyer
                                           (By) Deputy Clerk

Raleigh, North Carolina